# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DEDRA MANEOTIS, | Civil Action No. 1:23-cv-00090-CMA |
| Plaintiff, | Hon. Christine M. Arguello |
| v. | |
| FCA US LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant FCA US LLC (the "Parties"), jointly, write to advise this Court that the Parties have resolved the matter.

The Parties request that the Court vacate any upcoming hearings and deadlines while the parties finalize a settlement agreement.

Once all the parties have performed under the terms and conditions of the settlement, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

By:

| | |
|---|---|
| s/ Steve W. Berman | s/ Fred J. Fresard |
| Steve W. Berman | Fred J. Fresard |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Ian K. Edwards |
| 1301 Second Avenue, Suite 2000 | KLEIN THOMAS LEE & FRESARD |
| Seattle, WA 98101 | 101 W. Big Beaver Road, Suite 1400 |
| T: (206) 623-7292 | Troy, MI 48084 |
| F: (206) 623-0594 | T: (248) 509-9270 |
| steve@hbsslaw.com | fred.fresard@kleinthomaslaw.com |
| | ian.edwards@kleinthomaslaw.com |

Robert B. Carey
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
T: (602) 840-5900
F: (602) 840-3012
rob@hbsslaw.com

Derek H. Swanson
KLEIN THOMAS LEE & FRESARD
Truist Place
919 E. Main Street, Suite 1000
Richmond, VA 23219
T: (804) 3850620
derek.swanson@kleinthomaslaw.com

Christopher R. Pitoun
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213 330-7152
christopherp@hbsslaw.com

*Counsel for Defendant FCA US LLC*

*Counsel for Plaintiff Dedra Maneotis*

4854-4977-7793, v. 1